<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>WESTERN DISTRICT OF MICHIGAN</td></tr>
<tr><td>Case number <em>(if known)</em></td><td>Chapter    <strong>11</strong></td></tr>
</table>

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Traverse City Equity Investments, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **Spabath Company**<br>**TCEI**<br>**FDBA  The SpaBath Company, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1273891** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2382 Cass Road**<br>**Traverse City, MI 49686**<br>Number, Street, City, State & ZIP Code<br><br>**Grand Traverse**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.spabathcompany.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: | |

Debtor   __Traverse City Equity Investments, LLC__          Case number (*if known*) _____
        Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|--------|--|--------------|--|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

Debtor    **Traverse City Equity Investments, LLC**
Name

Case number (*if known*)

Debtor   **Traverse City Equity Investments, LLC**                    Case number (*if known*) _____
         Name

---

**11.** **Why is the case filed in** *this district?*

Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Traverse City Equity Investments, LLC**                         Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2020**
               MM / DD / YYYY

**X** **/s/ Arthur A. Sills**                                    **Arthur A. Sills**
    Signature of authorized representative of debtor          Printed name

    Title    **President**

**18. Signature of attorney**

**X** **/s/ A. Todd Almassian**                    Date    **September 28, 2020**
    Signature of attorney for debtor                       MM / DD / YYYY

**A. Todd Almassian P55467**
Printed name

**Keller & Almassian, PLC**
Firm name

**230 East Fulton**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone    **616-364-2100**    Email address    **ecf@kalawgr.com**

**P55467 MI**
Bar number and State

Fill in this information to identify the case:

Debtor name | **Traverse City Equity Investments, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arjo, Inc. c/o Maurice A. Borden Esq. Sondee, Racine & Doren, PLC 310 W. Front Street, Suite 300 Traverse City, MI 49684 | Maurice A. Borden, Esq. mborden@sondeeracine.com (231) 947-0400 | Breach of Contract | Contingent Unliquidated Disputed | | | $1,459,556.51 |
| Non-Ferrous Cast Alloys 1146 North Gateway Blvd Norton Shores, MI 49441 | Non-Ferrous Cast Alloys (231) 799-0550 | Services | | | | $59,883.63 |
| Pro-Fiberglass & Collision 3040 North Keystone Road Traverse City, MI 49686 | Pro-Fiberglass & Collision (231) 946-1228 | Assumed SpaBath Company, LLC debt | | | | $45,712.95 |
| Matthew D. Vermetten Esq. Pezzetti, Vermetten & Popovits 600 E. Front Street, Suite 102 Traverse City, MI 49686 | Matthew D. Vermetten Esq. MVermetten@mich-legal.com (231) 929-3450 | Legal Fees | | | | $21,291.32 |
| TCF/First Bank PO Box 2818 Omaha, NE 68103 | TCF/First Bank (800) 819-4249 | Charge Account | | | | $18,973.38 |
| i-del, LLC 1315 Woodmere Avenue Traverse City, MI 49686 | i-del, LLC (231) 929-3195 | Assumed SpaBath Company, LLC debt | | | | $13,551.19 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Traverse City Equity Investments, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Star Rapid China Limited 16/F Rykadan Capital Tower 135 Hoi Bun Road Kwun Tong, Kowloon Hong Kong** | **Star Rapid China Limited** **+852-2849-4555** | **Assumed SpaBath Company, LLC debt** | | | | $10,330.00 |
| **Thingsmiths 313 South State Street Suite 1 Ann Arbor, MI 48104** | **Thingsmiths** **(734) 707-8148** | **Services** | | | | $10,047.72 |
| **Auto-Owners Insurance PO Box 740312 Cincinnati, OH 45274** | **Auto-Owners Insurance** **(517) 323-1200** | **Assumed SpaBath Company, LLC debt** | | | | $6,195.02 |
| **Lixil Water Tech America 2105 Elm Hill Pike, Suite 105 Nashville, TN 37210** | **Lixil Water Tech America** **(800) 423-0800** | **Assumed SpaBath Company, LLC debt** | | | | $4,976.03 |
| **Graetz Mfg, Inc. W11094 Hwy 64 Pound, WI 54161** | **Graetz Mfg, Inc.** **(920) 897-4041** | **Assumed SpaBath Company, LLC debt** | | | | $3,543.87 |
| **CF Manufacturing Redesign 3028 Keystone Road Traverse City, MI 49686** | **CF Manufacturing Redesign** **(231) 645-7905** | **Services** | | | | $2,970.00 |
| **David Bailey 4788 Willamsburg Road Williamsburg, MI 49690** | **David Bailey** | **Assumed SpaBath Company, LLC debt** | | | | $2,420.66 |
| **Etna Supply PO Box 772107 Detroit, MI 48277** | **Etna Supply** **(313) 481-1060** | **Assumed SpaBath Company, LLC debt** | | | | $1,709.53 |
| **Internal Revenue Service PO Box 7346 Centralized Insolvency Philadelphia, PA 19101-7346** | **Internal Revenue Service** | **FICA** | | | | $1,113.36 |
| **State of Michigan Dept. of Treasury PO Box 30754 Lansing, MI 48909** | **State of Michigan** | **Withholding** | | | | $1,087.72 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Traverse City Equity Investments, LLC**                            Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of Michigan Unemployment Agency 3024 W. Grand Ave Detroit, MI 48202** | **State of Michigan** | **UIA** | | | | $915.34 |
| **DTE Energy PO Box 740786 Cincinnati, OH 45274** | **DTE Energy** **(800) 477-4747** | **Assumed SpaBath Company, LLC debt** | | | | $854.26 |
| **Jacklin Steel Supply Co. 2410 Aero Park Drive Traverse City, MI 49686** | **Jacklin Steel Supply Co.** **(231) 946-8434** | **Assumed SpaBath Company, LLC debt** | | | | $500.44 |
| **Acme Machell Company, Inc. 2000 Airport Road Waukesha, WI 53188** | **Acme Machell Company, Inc.** **(262) 521-2870** | **Assumed SpaBath Company, LLC debt** | | | | $375.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Michigan

In re    **Traverse City Equity Investments, LLC**                                    Case No.
_____    _____
                                      Debtor(s)       Chapter    **11**    _____


# VERIFICATION OF CREDITOR MATRIX


I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.



Date:    **September 28, 2020**                    **/s/ Arthur A. Sills**
_____    _____
                                      **Arthur A. Sills**/**President**
                                      Signer/Title


Date:    **September 28, 2020**                    **/s/ A. Todd Almassian**
_____    _____
                                      Signature of Attorney
                                      **A. Todd Almassian P55467**
                                      **Keller & Almassian, PLC**
                                      **230 East Fulton**
                                      **Grand Rapids, MI 49503**
                                      **616-364-2100   Fax: 616-364-2200**

```
13TH CIRCUIT COURT
CASE NO. 2019-34974
280 WASHINGTON STREET
SUITE 206
TRAVERSE CITY MI 49684


ACME MACHELL COMPANY, INC.
2000 AIRPORT ROAD
WAUKESHA WI 53188


ARJO, INC.
C/O MAURICE A. BORDEN ESQ.
SONDEE, RACINE & DOREN, PLC
310 W. FRONT STREET, SUITE 300
TRAVERSE CITY MI 49684


ARTHUR A. SILLS
428 SUMMERWOOD
TRAVERSE CITY MI 49686


AUTO-OWNERS INSURANCE
PO BOX 740312
CINCINNATI OH 45274


CF MANUFACTURING REDESIGN
3028 KEYSTONE ROAD
TRAVERSE CITY MI 49686


DAVID BAILEY
4788 WILLAMSBURG ROAD
WILLIAMSBURG MI 49690


DTE ENERGY
PO BOX 740786
CINCINNATI OH 45274


ETNA SUPPLY
PO BOX 772107
DETROIT MI 48277


GRAETZ MFG, INC.
W11094 HWY 64
POUND WI 54161
```

I-DEL, LLC
1315 WOODMERE AVENUE
TRAVERSE CITY MI 49686


INTERNAL REVENUE SERVICE
PO BOX 7346
CENTRALIZED INSOLVENCY
PHILADELPHIA PA 19101-7346


JACKLIN STEEL SUPPLY CO.
2410 AERO PARK DRIVE
TRAVERSE CITY MI 49686


JOANNE SILLS
428 SUMMERWOOD
TRAVERSE CITY MI 49686


LIXIL WATER TECH AMERICA
2105 ELM HILL PIKE, SUITE 105
NASHVILLE TN 37210


MATTHEW D. VERMETTEN ESQ.
PEZZETTI, VERMETTEN & POPOVITS
600 E. FRONT STREET, SUITE 102
TRAVERSE CITY MI 49686


NON-FERROUS CAST ALLOYS
1146 NORTH GATEWAY BLVD
NORTON SHORES MI 49441


PRO-FIBERGLASS & COLLISION
3040 NORTH KEYSTONE ROAD
TRAVERSE CITY MI 49686


PROMETHIENT, INC.
2382 CASS ROAD
TRAVERSE CITY MI 49686


SILLS LEASING
428 SUMMERWOOD
TRAVERSE CITY MI 49686


SILLS, LLC
428 SUMMERWOOD
TRAVERSE CITY MI 49686

STAR RAPID CHINA LIMITED
16/F RYKADAN CAPITAL TOWER
135 HOI BUN ROAD
KWUN TONG, KOWLOON
HONG KONG


STATE OF MICHIGAN
DEPT. OF TREASURY
PO BOX 30754
LANSING MI 48909


STATE OF MICHIGAN
UNEMPLOYMENT AGENCY
3024 W. GRAND AVE
DETROIT MI 48202


TCF BANK
PO BOX 1527
MIDLAND MI 48641


TCF/FIRST BANK
PO BOX 2818
OMAHA NE 68103


THINGSMITHS
313 SOUTH STATE STREET
SUITE 1
ANN ARBOR MI 48104


U.S. SMALL BUSINESS ADMIN
2 NORTH STREET, SUITE 320
BIRMINGHAM AL 35203


WELLS FARGO EQUIPMENT FINANCE
800 WALNUT STREET
4TH FLOOR
DES MOINES IA 50309

# United States Bankruptcy Court
## Western District of Michigan

In re   **Traverse City Equity Investments, LLC** _____  Case No. _____

Debtor(s)  Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Traverse City Equity Investments, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 28, 2020** _____    **/s/ A. Todd Almassian** _____

Date    **A. Todd Almassian P55467**

Signature of Attorney or Litigant

Counsel for   **Traverse City Equity Investments, LLC** _____

**Keller & Almassian, PLC**

**230 East Fulton**
**Grand Rapids, MI 49503**
**616-364-2100 Fax:616-364-2200**
**ecf@kalawgr.com**