| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Traverse City Equity Investments, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **20-03039** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 28, 2020**    X **/s/ Arthur A. Sills**
Signature of individual signing on behalf of debtor

**Arthur A. Sills**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Traverse City Equity Investments, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **20-03039**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................................ $ **241,168.55**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................................. $ **241,168.55**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **213,064.64**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................... $ **3,135.89**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **2,371,202.51**

4. **Total liabilities** .................................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                       $ **2,587,403.04**

**Fill in this information to identify the case:**

Debtor name: **Traverse City Equity Investments, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **20-03039**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

2. **Cash on hand** — **$50.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. TCF Bank | Checking Account | 3614 | $21,966.93 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** — **$22,016.93**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. Refundable Deposit | $79.00 |
   |---|---|
   | 7.2. Funds in Keller & Almassian, PLC IOLTA | $6,445.50 |

| Debtor | **Traverse City Equity Investments, LLC** | Case number *(If known)* **20-03039** |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1.  Sales tax paid on exempt purchases                                                    $684.59

9. **Total of Part 2.**                                                                         $7,209.09
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   34,653.53   -   0.00   = ....   $34,653.53
                                face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                        $34,653.53
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| Inventory | | $310,079.72 | | $140,000.00 |
| Inventory Asset | | $1,829.67 | | $300.00 |
| Marketing Assets | | $4,149.10 | | $2,000.00 |

Debtor **Traverse City Equity Investments, LLC**              Case number *(If known)* **20-03039**
         Name

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$142,300.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Office Equipment** | $4,442.72 | | $2,500.00 |
| | **Computer Equipment** | $2,929.65 | | $1,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | **$4,000.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor **Traverse City Equity Investments, LLC**     Case number *(If known)* **20-03039**
      Name

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|     Fiberglass Production Equipment | $13,440.00 | | $9,000.00 |

51. **Total of Part 8.**     $9,000.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Leasehold Improvements | | $24,531.21 | | $0.00 |

56. **Total of Part 9.**     $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 4
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Traverse City Equity Investments, LLC**  Case number *(If known)* **20-03039**
       Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br>**Teal Blue Teardrop- Trademark** <br>*May be owned individually by Arthur Sills | $1,475.00 | | $0.00 |
| **Tub w/Molded Seat & Tamb- Patent** <br>*May be owned individually by Arthur Sills | $3,460.00 | | $0.00 |
| **SpaBath Roll-Door- Trademark** <br>*May be owned individually by Arthur Sills | $0.00 | | $0.00 |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                                                                       $0.00
   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

Debtor **Traverse City Equity Investments, LLC**
Name

Case number *(If known)* **20-03039**

**Current value of debtor's interest**

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Product development- Design**<br>Net Book Value $9,021.31 | $1,503.00 |
| | **Product development- Models/Displays**<br>Net Book Value $31,495 | $5,249.00 |
| | **Product development- Patterns, Tooling, Dies, Molds**<br>Net Book Value $89,234.65 | $14,872.00 |
| | **Product development- Shop and Testing**<br>Net Book Value $2,191.26 | $365.00 |
| | **Section 754 Step-up Art 30,000**<br>Net Book Value $30,000 | $0.00 |
| | **Goodwill**<br>Net Book Value $329,252.75 | $0.00 |
| | **Retained earnings**<br>Net Book Value $64,380.44 | $0.00 |
| | **Membership Interest**<br>Net Book Value $211,943.66 | $0.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $21,989.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Debtor  **Traverse City Equity Investments, LLC**  Case number *(If known)* **20-03039**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,016.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,209.09 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $34,653.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $142,300.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $21,989.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $241,168.55 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $241,168.55 |

**Fill in this information to identify the case:**

Debtor name: **Traverse City Equity Investments, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **20-03039**

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **TCF Bank**<br>Creditor's Name<br><br>**PO Box 1527**<br>**Midland, MI 48641**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2019-**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All Assets**<br><br>**Describe the lien**<br>**UCC Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $213,064.64 | $213,064.64 |
| **2.2** **U.S. Small Business Admin**<br>Creditor's Name<br><br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2020-**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**All Assets- PPP Loan**<br><br>**Describe the lien**<br>**UCC Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $0.00 | $0.00 |

Debtor  **Traverse City Equity Investments, LLC**                     Case number (if known)    20-03039
                 Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $213,064.64

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: **Traverse City Equity Investments, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **20-03039**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Centralized Insolvency**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br>**2020-**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**FICA**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $1,113.36 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Centralized Insolvency**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br>**2020**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**FUTA**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $19.47 | $19.47 |

| Debtor | **Traverse City Equity Investments, LLC** | Case number (if known) | 20-03039 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,087.72 | $0.00 |
|---|---|---|---|---|
| | **State of Michigan**<br>**Dept. of Treasury**<br>**PO Box 30754**<br>**Lansing, MI 48909** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2020-** | Basis for the claim:<br>**Withholding** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $915.34 | $915.34 |
|---|---|---|---|---|
| | **State of Michigan**<br>**Unemployment Agency**<br>**3024 W. Grand Ave**<br>**Detroit, MI 48202** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2020-** | Basis for the claim:<br>**UIA** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|
| | **Acme Machell Company, Inc.**<br>**2000 Airport Road**<br>**Waukesha, WI 53188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020-** | Basis for the claim:  **Assumed SpaBath Company, LLC debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,459,556.51 |
|---|---|---|---|
| | **Arjo, Inc.**<br>**c/o Maurice A. Borden Esq.**<br>**Sondee, Racine & Doren, PLC**<br>**310 W. Front Street, Suite 300**<br>**Traverse City, MI 49684** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **2019-** | Basis for the claim:  **Breach of Contract /Voidable Transfer Lawsuit Case No. 2019-34974 CK** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,220.00 |
|---|---|---|---|
| | **Arthur A. Sills**<br>**428 Summerwood**<br>**Traverse City, MI 49686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-** | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Traverse City Equity Investments, LLC**  
Name

Case number (if known) **20-03039**

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Auto-Owners Insurance**<br>**PO Box 740312**<br>**Cincinnati, OH 45274**<br><br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,195.02** |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>**CF Manufacturing Redesign**<br>**3028 Keystone Road**<br>**Traverse City, MI 49686**<br><br>Date(s) debt was incurred **2020-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,970.00** |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>**David Bailey**<br>**4788 Willamsburg Road**<br>**Williamsburg, MI 49690**<br><br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,420.66** |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>**DTE Energy**<br>**PO Box 740786**<br>**Cincinnati, OH 45274**<br><br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$854.26** |
| **3.8** | **Nonpriority creditor's name and mailing address**<br>**Etna Supply**<br>**PO Box 772107**<br>**Detroit, MI 48277**<br><br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,709.53** |
| **3.9** | **Nonpriority creditor's name and mailing address**<br>**Graetz Mfg, Inc.**<br>**W11094 Hwy 64**<br>**Pound, WI 54161**<br><br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,543.87** |
| **3.10** | **Nonpriority creditor's name and mailing address**<br>**i-del, LLC**<br>**1315 Woodmere Avenue**<br>**Traverse City, MI 49686**<br><br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$13,551.19** |

| Debtor | **Traverse City Equity Investments, LLC** | Case number (if known) | 20-03039 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Jacklin Steel Supply Co.**<br>**2410 Aero Park Drive**<br>**Traverse City, MI 49686**<br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $500.44 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Joanne Sills**<br>**428 Summerwood**<br>**Traverse City, MI 49686**<br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $35,242.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Lixil Water Tech America**<br>**2105 Elm Hill Pike, Suite 105**<br>**Nashville, TN 37210**<br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,976.03 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Matthew D. Vermetten Esq.**<br>**Pezzetti, Vermetten & Popovits**<br>**600 E. Front Street, Suite 102**<br>**Traverse City, MI 49686**<br>Date(s) debt was incurred **2020-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Legal Fees**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $21,291.32 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Non-Ferrous Cast Alloys**<br>**1146 North Gateway Blvd**<br>**Norton Shores, MI 49441**<br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $59,883.63 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Pro-Fiberglass & Collision**<br>**3040 North Keystone Road**<br>**Traverse City, MI 49686**<br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $45,712.95 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Sills Leasing**<br>**428 Summerwood**<br>**Traverse City, MI 49686**<br>Date(s) debt was incurred **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $13,693.00 |

Debtor  **Traverse City Equity Investments, LLC**                                  Case number (if known)  **20-03039**
             Name

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Sills, LLC**<br>**428 Summerwood**<br>**Traverse City, MI 49686**<br>Date(s) debt was incurred  **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.   **$340,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Sills, LLC**<br>**428 Summerwood**<br>**Traverse City, MI 49686**<br>Date(s) debt was incurred  **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.   **$292,156.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Star Rapid China Limited**<br>**16/F Rykadan Capital Tower**<br>**135 Hoi Bun Road**<br>**Kwun Tong, Kowloon**<br>**Hong Kong**<br>Date(s) debt was incurred  **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.   **$10,330.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Assumed SpaBath Company, LLC debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**TCF/First Bank**<br>**PO Box 2818**<br>**Omaha, NE 68103**<br>Date(s) debt was incurred  **2018-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.   **$18,973.38**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Charge Account**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Thingsmiths**<br>**313 South State Street**<br>**Suite 1**<br>**Ann Arbor, MI 48104**<br>Date(s) debt was incurred  **2019-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.   **$10,047.72**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **13th Circuit Court**<br>**Case No. 2019-34974**<br>**280 Washington Street**<br>**Suite 206**<br>**Traverse City, MI 49684** | Line  **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Matthew D. Vermetten Esq.**<br>**Pezzetti, Vermetten & Popovits**<br>**600 E. Front Street, Suite 102**<br>**Traverse City, MI 49686** | Line  **3.2**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Traverse City Equity Investments, LLC** | Case number (if known) | **20-03039** |
|---|---|---|---|
| | Name | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 3,135.89 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,371,202.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,374,338.40 |

**Fill in this information to identify the case:**

Debtor name  **Traverse City Equity Investments, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF MICHIGAN**

Case number (if known)  **20-03039**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement- Sublease** | |
| | State the term remaining | | **Promethient, Inc.**<br>**2382 Cass Road**<br>**Traverse City, MI 49686** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Used 2018 Crown ST3000-25 Walkie Straddle Stacker 60 Month Lease Opened 8/19/2019** | |
| | State the term remaining | **47** | **Wells Fargo Equipment Finance**<br>**800 Walnut Street**<br>**4th Floor**<br>**Des Moines, IA 50309** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **Traverse City Equity Investments, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known): **20-03039**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Arthur A. Sills** | **428 Summerwood**<br>**Traverse City, MI 49686** | **TCF Bank** | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |